**ORIGINAL**

MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
**BROOKE A. BOHLKE, ESQ.**
Nevada Bar No. 009347
bab@call-law.com
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Blvd. South, 5th Floor
Las Vegas, Nevada 89101
Phone:   (702) 385-3343
Facsimile (702) 385-2899

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Massachusetts Corporation<br><br>Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC., a Nevada Corporation; AHERN RENTERS CENTER, INC., a Nevada Corporation; AHERN FAMILY PARTNERSHIP; a Nevada Limited Partnership; DON F. AHERN, an individual; AHERN RENTALS S.W., INC., a Nevada Corporation; DON F. AHERN FAMILY PARTNERSHIP; AEM; DFA, LLC, a Nevada Limited Liability Company; DON & PAUL, LLC, a Nevada Limited Liability Company; XFS, INC., a Nevada Corporation, DBA XTREME FINANCIAL; RHINO TURF EQUIPMENT; DIAMOND A EQUIPMENT, LLC, a Nevada Limited Liability Company; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants<br><br>AHERN RENTALS, INC., a Nevada Corporation,<br><br>Counter-claimant<br><br>vs.<br>LEXINGTON INSURANCE COMPANY, a Massachusetts Corporation<br><br>Counter-defendant | Case No: 2:10-cv-01913-JCM-LRL<br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by the Plaintiff, LEXINGTON INSURANCE COMPANY, and by the Defendants, AHERN RENTALS, INC., ET. AL, that the Plaintiff's Complaint and Defendant's Counterclaims shall be dismissed with prejudice and each party to bear its own attorney's fees and costs.

DATED this 14th day of June, 2011            DATED this 12 day of July, 2011

MATTHEW Q. CALLISTER, ESQ.                   CHRISTIAN M. ORME, ESQ.
NV Bar No. 001396                            10080 W. Alta Drive, #200
**BROOKE A. BOHLKE, ESQ.**                   Las Vegas, NV 89145
NV Bar No. 009374                            *(702) 385-2086*
**CALLISTER + ASSOCIATES, LLC**              *Attorney for Defendants*
823 Las Vegas Boulevard South, 5th Floor
Las Vegas, Nevada 89101
(702) 385-3343
*Attorney for Plaintiff*

**IT IS HEREBY ORDERED**

DATED this 27th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

By: _____
MATTHEW Q. CALLISTER, ESQ.
NV Bar No. 001396
**BROOKE A. BOHLKE, ESQ.**
NV Bar No. 9374
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Boulevard South, Fifth Floor
Las Vegas, Nevada 89101
(702) 385-3343
bab@call-law.com
*Attorney for Plaintiff*